# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

PATRICK HARVEY,

DEFENDANT(S).

CR 15 439 VC

FILED
2015 SE 10 P 1:34
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

---

## INDICTMENT

18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography;
18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture

---

A true bill.

_____
Foreman

Filed in open court this __10th__ day of
__September, 2015__.

_____
Clerk

SALLIE KIM        Bail, $ no process

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum term of imprisonment of 20 years
$250,000 fine
Lifetime supervised release (at least 5 years)
$5,000 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
2015 SEP 10 P 1:34
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA.

—— DEFENDANT ——

▶ Patrick Harvey

DISTRICT COURT NUMBER

CR 15 439    VC

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Sarah Hawkins

—— DEFENDANT ——

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction       ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year  August 28, 2015

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

FILED
2015 SEP 10 P 1:34
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

VC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 15 439

| UNITED STATES OF AMERICA, | ) NO. |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATIONS: 18 U.S.C. § 2252(a)(4)(B)– |
| v. | ) Possession of Child Pornography; 18 U.S.C. §§ |
| | ) 2253(a)(1) and (a)(3) – Criminal Forfeiture |
| PATRICK HARVEY, | ) |
| | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

Beginning on a date unknown, but continuing through on or about August 28, 2015, in the Northern District of California, the defendant,

PATRICK HARVEY,

did knowingly possess matter which contained at least one visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials that had been mailed, shipped, and transported in interstate commerce, by any means including by computer, the production of which involved the use of a minor who had not attained 12 years of age, engaging in sexually explicit conduct,

INDICTMENT

and which visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATION: (18 U.S.C. § § 2253(a)(1) and (a)(3) – Criminal Forfeiture)

Upon conviction of the offenses alleged herein, the defendant,

PATRICK HARVEY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252, and all property, real or personal, used or intended to be used to commit or promote the commission of the offense of conviction, including, but not limited to the following items that were obtained from defendant on or about August 28, 2015:

1. Lenovo Laptop Serial Number WB06188177
2. LG Cellular Phone Serial Number 404CYDG0072714
3. Seagate Momentus 320 GB Hard Drive Serial Number SN 6VDFR94R

All in violation of Title 18, United States Code, Sections 2253(a)(1) and (3) and Federal Rule of Criminal Procedure 32.2.

DATED: 9-10-15

A TRUE BILL

_____
FOREPERSON

BRIAN J. STRETCH
United States Attorney

PHILIP A. GUENTERT,
Deputy Chief, Criminal Division

(Approved as to form: _____ )
AUSA Sarah Hawkins

INDICTMENT

2